No. 73–1295.  Oxnard School District Board of Trustees *v.* Soria et al.  C. A. 9th Cir.  Application

for stay presented to Mr. Justice Rehnquist, and by him referred to the Court, denied. Certiorari denied.